FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 02 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00034 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| DEVIN ADAMS | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.   On or about June 6, 2021, the defendant,

DEVIN ADAMS,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance with Purpose to Deliver in Ashley County, Arkansas, Circuit Court in Case Number CR-2013-152-B1; and,

2. Possession of Methamphetamine or Cocaine with Purpose to Deliver in Ashley County, County, Arkansas, Circuit Court in Case Number 60CR-12-1860.

B.   On or about June 6, 2021, in the Eastern District of Arkansas, the defendant,

DEVIN ADAMS,

knowingly possessed, in and affecting commerce, a firearm, that is: a KelTec, 9mm pistol, bearing serial number ASB43, in violation of Title 18, United States Code, Section 922(g)(1).

1



## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, DEVIN ADAMS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]